UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**CHRISTOPHER DAY**,

                    Plaintiff,        Civ. No.:  6:18-cv-6810-MAT-JWF

v.

**MERCANTILE ADJUSTMENT BUREAU, LLC**,

                    Defendant.
_____

## NOTICE OF SETTLEMENT

Plaintiff Christopher Day, through his undersigned counsel, hereby notifies the Court that the Parties have agreed to settle the matters at issue between them in the present action.  The Parties are in the process of reducing their agreement to writing, and upon finalization and execution of the settlement document(s), Plaintiff expects to file the appropriate papers dismissing Plaintiff's claims with prejudice.  Accordingly, Plaintiff requests that the Court vacate all pending deadlines and conferences, including the April 10, 2019 scheduling conference.

DATED:     April 8, 2019

                                            **DOUGLAS FIRM, P.C.**

                                            /s/ Alexander J. Douglas
                                            Alexander J. Douglas, Esq.
                                            36 W. Main St., Ste 500
                                            Rochester, NY  14614
                                            P: 585-568-2224
                                            F: 585-546-6185
                                            *Attorney for Plaintiff*