UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**CHRISTOPHER DAY**,

                Plaintiff,

v.

**MERCANTILE ADJUSTMENT BUREAU, LLC,**

                Defendant.

Civ. No.: 6:18-cv-6810-MAT-JWF

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that, Plaintiff Christopher Day and Defendant Mercantile Adjustment Bureau, LLC hereby stipulate and agree to dismiss the above captioned matter in its entirety with prejudice, each party to pay its own costs and attorneys' fees and waiving all rights of appeal.

Dated this 2nd day of May 2019.

| | |
|---|---|
| **SESSIONS, FISHMAN NATHAN & ISRAEL** | **DOUGLAS FIRM, P.C.** |
| /s/ Michael Del Valle | /s/ Alexander J. Douglas |
| Michael Del Valle, Esq. | Alexander J. Douglas, Esq. |
| Attorney for Defendant | Attorney for Plaintiff |
| 6225 Sheridan Dr., Ste 308 | 36 W. Main St., Ste 500 |
| Williamsville, NY  14221-4800 | Rochester, NY 14614 |
| P: 716-507-4658 | P: 585-703-9783 |
| mdelvalle@sessions.legal | alex@lawroc.com |