UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHRISTOPHER DAY,

            Plaintiff,

v.

MERCANTILE ADJUSTMENT BUREAU, LLC,

           Defendant.

Civ. No.: 6:18-cv-6810-MAT-JWF

STIPULATION OF DISMISSAL WITH PREJUDICE

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that, Plaintiff Christopher Day and Defendant Mercantile Adjustment Bureau, LLC hereby stipulate and agree to dismiss the above captioned matter in its entirety with prejudice, each party to pay its own costs and attorneys' fees and waiving all rights of appeal.

Dated this 2nd day of May 2019.

SESSIONS, FISHMAN
NATHAN & ISRAEL

/s/ Michael Del Valle
Michael Del Valle, Esq.
Attorney for Defendant
6225 Sheridan Dr., Ste 308
Williamsville, NY  14221-4800
P: 716-507-4658
mdelvalle@sessions.legal

DOUGLAS FIRM, P.C.

/s/ Alexander J. Douglas
Alexander J. Douglas, Esq.
Attorney for Plaintiff
36 W. Main St., Ste 500
Rochester, NY 14614
P: 585-703-9783
alex@lawroc.com

SO ORDERED

_____
MICHAEL A. TELESCA
United States District Judge

5/6/19